| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>middlebrooks@middlebrooksshapiro.com<br>Attorneys for Debtors,<br>George LaBrutto and Debbie Ragona | Order Filed on September 12, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GEORGE LABRUTTO and DEBBIE RAGONA,<br><br>Chapter 13 Debtors. | Case No.:  14-14557 (VFP)<br><br>Chapter:  13<br><br>Judge:  Vincent F. Papal |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 12, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____2,815.50_____ for services rendered and expenses in the amount of $_____22.15_____ for a total of $_____2,837.65_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

Debtors retained firm and paid $1,500.00 of a $3,500.00 retainer and expenses of $281.00, with the balance of the retainer to be paid through the Chapter 13 plan. Firm seeks payment of supplemental fees and expenses in the total sum of $2,837.65, consisting of $2,815.50 in supplemental fees and reimbursement of expenses in the sum of $22.15 to be paid outside the Chapter 13 plan.
This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*