UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Debtors,
George LaBrutto and Debbie Ragona

Order Filed on September 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GEORGE LABRUTTO and DEBBIE RAGONA,

Chapter 13 Debtors.

Case No.:   14-14557 (VFP)

Chapter:    13

Judge:      Vincent F. Papal

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 12, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____2,815.50_____ for services rendered and expenses in the amount of $_____22.15_____ for a total of $_____2,837.65_____ . The allowance is payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

Debtors retained firm and paid $1,500.00 of a $3,500.00 retainer and expenses of $281.00, with the balance of the retainer to be paid through the Chapter 13 plan. Firm seeks payment of supplemental fees and expenses in the total sum of $2,837.65, consisting of $2,815.50 in supplemental fees and reimbursement of expenses in the sum of $22.15 to be paid outside the Chapter 13 plan.
This Order survives the dismissal or conversion of the Debtors' Chapter 13 case.  This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
George R. LaBrutto  
Debbie D. Ragona  
    Debtors

Case No. 14-14557-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 12, 2016  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.  
db/jdb      George R. LaBrutto,    Debbie D. Ragona,    276 Seaton Avenue,    Roselle Park, NJ   07204-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:

       Alexandra T. Garcia     on behalf of Loss Mitigation     Wells Fargo Bank, NA NJECFMAIL@mwc-law.com  
       Alexandra T. Garcia     on behalf of Creditor     Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com  
       Denise E. Carlon     on behalf of Creditor     MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jessica M. Minneci     on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com  
       Jessica M. Minneci     on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com  
       Joseph M. Shapiro     on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com  
       Joseph M. Shapiro     on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com  
       Marie-Ann Greenberg     magecf@magtrustee.com  
       Melinda D. Middlebrooks     on behalf of Joint Debtor Debbie D. Ragona middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
       Melinda D. Middlebrooks     on behalf of Debtor George R. LaBrutto middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
       Nicholas V. Rogers     on behalf of Creditor     CITIMORTGAGE, INC. bankruptcy@feinsuch.com  
       Nicholas V. Rogers     on behalf of Loss Mitigation     CitiMortgage, Inc. bankruptcy@feinsuch.com  
       Phillip B. Linder     on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com, nancy@linderlawyers.com  
       Phillip B. Linder     on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com, nancy@linderlawyers.com

                                                      TOTAL: 14