UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, NJ 07081
(973) 218-6877
Angela Nascondiglio, Esq.
nascondiglio@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtors,
George R. LaBrutto and Debbie D. Ragona

---

| | |
|---|---|
| In Re: | Case No.:  14-14557 (VFP) |
| GEORGE R. LABRUTTO and DEBBIE D. RAGONA, | Judge:  Vincent F. Papalia |
| | Chapter:  13 |
| Chapter 13 Debtors. | |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  MidFirst Bank , creditor,

   A hearing has been scheduled for  October 6, 2016 , at 11:00 a.m.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtors have proposed the sale of their real property located at 276 Seaton Avenue in Roselle Park, New Jersey. A listing agreement for the property will be provided to MidFirst Bank's counsel for review in hopes of resolution.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September 29, 2016                            /s/George R. LaBrutto
                                                    Debtor's Signature

Date: September 29, 2016                            /s/Debbie D. Ragona
                                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*