UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on November 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
 George R. LaBrutto &
 Debbie D. Ragona,

Debtors.

Case No.: 14-14557-VFP

Adv. No.:

Hearing Date: 10/06/2016

Judge: Vincent F. Papalia

### ORDER RESOLVING MOTION FOR RELIEF FROM STAY

 The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 1, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtosr:  George R. LaBrutto & Debbie D. Ragona
Case No:  14-14557-VFP
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst BAnk, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 276 Seaton Avenue, Roselle Park, NJ 07204, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Melinda Middlebrooks, Esq., attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 30, 2016, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2014 through September 2016 for a total post-petition default of $41,812.17(3 @ $1,309.45; 3 @ $1,339.51; 7 @ $1,343.62; 5 @ $1,444.15; 12 @ $1,436.60); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $41,812.17 will be added to the affidavit of the amount due and paid per Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2016, directly to Secured Creditor care of its servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that the subject property is to be sold within six months from the date of this order to pay off Secured Creditor's lien in full, including but not limited to the post-petition arrears referenced in this Order; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtors' Chapter 13 plan, and that this motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
George R. LaBrutto  
Debbie D. Ragona  
    Debtors

Case No. 14-14557-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 02, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.  
db/jdb       George R. LaBrutto,   Debbie D. Ragona,   276 Seaton Avenue,   Roselle Park, NJ  07204-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:  
      Alexandra T. Garcia   on behalf of Loss Mitigation   Wells Fargo Bank, NA NJECFMAIL@mwc-law.com  
      Alexandra T. Garcia   on behalf of Creditor   Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com  
      Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jessica M. Minneci   on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com  
      Jessica M. Minneci   on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com  
      Joseph M. Shapiro   on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com  
      Joseph M. Shapiro   on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Melinda D. Middlebrooks   on behalf of Joint Debtor Debbie D. Ragona middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
      Melinda D. Middlebrooks   on behalf of Debtor George R. LaBrutto middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
      Phillip B. Linder   on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com, nancy@linderlawyers.com  
      Phillip B. Linder   on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com, nancy@linderlawyers.com  
      R. A. Lebron   on behalf of Loss Mitigation   CitiMortgage, Inc. bankruptcy@feinsuch.com  
      R. A. Lebron   on behalf of Creditor   CITIMORTGAGE, INC. bankruptcy@feinsuch.com  
                                                                                                        TOTAL: 14