UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, NJ 07081
(973) 218-6877
Angela Nascondiglio, Esq.
nascondiglio@middlebrooksshapiro.com
Attorneys for Chapter 13 Debtors,
George R. LaBrutto and Debbie D. Ragona

---

| | |
|---|---|
| In Re:<br><br>GEORGE R. LABRUTTO and<br>DEBBIE D. RAGONA,<br><br>Chapter 13 Debtors. | Case No.:      14-14557 (VFP)<br><br>Judge:      Vincent F. Papalia<br><br>Chapter:      13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by   Standing Chapter 13 Trustee   ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $   1,011.00   , but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtors have proposed the sale of their real property located at 276 Seaton Avenue in Roselle Park, New Jersey per the filed Order Modifying Plan dated April 12, 2016 (Docket No. 182). An Order Resolving Motion for Relief was entered by the Court on November 1, 2016 (Docket No. 196), which allows Debtors six (6) months to sell property from date of entry.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: December 1, 2016                    /s/George R. LaBrutto
                                          Debtor's Signature

Date: December 1, 2016                    /s/Debbie D. Ragona
                                          Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



