Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−14557−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George R. LaBrutto
276 Seaton Avenue
Roselle Park, NJ 07204−1537

Debbie D. Ragona
276 Seaton Avenue
Roselle Park, NJ 07204−1537

Social Security No.:
xxx−xx−2977

xxx−xx−0604

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:            January 5, 2017
Time:            11:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*198* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/2/2016. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*200* − Certification in Opposition to (related document:198 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/2/2016. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Angela Nascondiglio on behalf of George R. LaBrutto, Debbie D. Ragona. (Nascondiglio, Angela)

and transact such other business as may properly come before the meeting.

Dated: December 2, 2016
JJW: jf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
George R. LaBrutto
Debbie D. Ragona
    Debtors

Case No. 14-14557-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Dec 02, 2016
                        Form ID: 173        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.
db/jdb       George R. LaBrutto,   Debbie D. Ragona,   276 Seaton Avenue,   Roselle Park, NJ  07204-1537
lm          CitiMortgage, Inc.,   Attn: Customer Research Team,   PO Box 10002,
           Hagerstown, MD  21747-0002
r          +Rosa Agency Realtors,   540 North Avenue,   Union, NJ 07083-7148
lm          Wells Fargo Bank, NA,   PO Box 650828,   Dallas, TX  75265-0828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:
         Alexandra T. Garcia   on behalf of Creditor   Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com
         Alexandra T. Garcia   on behalf of Loss Mitigation   Wells Fargo Bank, NA NJECFMAIL@mwc-law.com
         Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
         Jessica M. Minneci   on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com
         Jessica M. Minneci   on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com
         Joseph M. Shapiro   on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com
         Joseph M. Shapiro   on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com
         Marie-Ann Greenberg   magecf@magtrustee.com
         Melinda D. Middlebrooks   on behalf of Joint Debtor Debbie D. Ragona
  middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
         Melinda D. Middlebrooks   on behalf of Debtor George R. LaBrutto
  middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
         Phillip B. Linder   on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com,
  nancy@linderlawyers.com
         Phillip B. Linder   on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com,
  nancy@linderlawyers.com
         R. A. Lebron   on behalf of Loss Mitigation   CitiMortgage, Inc. bankruptcy@feinsuch.com
         R. A. Lebron   on behalf of Creditor   CITIMORTGAGE, INC. bankruptcy@feinsuch.com
                                                                                                                         TOTAL: 14