Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−14557−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
George R. LaBrutto
276 Seaton Avenue
Roselle Park, NJ 07204−1537

Debbie D. Ragona
276 Seaton Avenue
Roselle Park, NJ 07204−1537

Social Security No.:
xxx−xx−2977                                                                 xxx−xx−0604

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       1/19/17
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks,
Debtor's Attorney

COMMISSION OR FEES
$2,785.00

EXPENSES
$2.01

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 4, 2017
JJW:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-14557-VFP
George R. LaBrutto                                                      Chapter 13
Debbie D. Ragona
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jan 04, 2017
                              Form ID: 137             Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
```
db/jdb         George R. LaBrutto,    Debbie D. Ragona,    276 Seaton Avenue,    Roselle Park, NJ 07204-1537
r             +Rosa Agency Realtors,    540 North Avenue,    Union, NJ 07083-7148
lm             Wells Fargo Bank, NA,    PO Box 650828,    Dallas, TX 75265-0828
514703888     +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514624136      American Express,    PO Box 1270,    Newark, NJ 07101-1270
514624137     +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
514794679      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514624139    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro, NC 27410)
514624144    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
               Kansas City, MO 64195)
514624141     +Cach of NJ, LLC,    c/o Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,
               Parsippany, NJ 07054-4609
514624142     +Capital One Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
514624143     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514869396      CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
514624145      CitiMortgage, Inc.,    Attn: Customer Research Team,    PO Box 10002,    Hagerstown, MD 21747-0002
514624146     +Client Services, Inc,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
514624147     +Comenity Bank/Dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
514653463     +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
514624149     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
514624150     +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
514624151      GE Capital Retail Bank,    c/o Eichenbaum & Stylinou, LLC,    10 Forest Avenue, Suite 300,
               PO Box 914,    Paramus, NJ 07653-0914
514624154      Jacob Collection Group, LLC,    2623 West Oxford Loop,    Oxford, MS 38655-5442
514624155     +Lyons Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
               Mount Laurel, NJ 08054-7269
514624156     +Mauti Medical & Sports Medicine Assoc.,    c/o Glazer & Kamel,    1207 Grand Street, 3rd Floor,
               Elizabeth, NJ 07201-2328
516241949     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516241950     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118,    MidFirst Bank,
               999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
514624157      Monarch Recovery Management, Inc.,    PO Box 1+6119,    Philadelphia, PA 19114-0589
514624158     +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
514822968    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
514624159     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514624160     +Security Credit Servic,    Po Box 1156,    Oxford, MS 38655-1156
514624161     +State of New Jersey,    Division of Taxation,    Revenue Processing Center,    PO Box 11,
               Trenton, NJ 08601-0011
514838942     +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514624162     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
514701780     +WELLS FARGO BANK, N.A.,    PO BOX 10438,    MAC: X2505-036,    DES MOINES, IA 50306-0438
514624164     +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
514624165     +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
514624166     +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
               Portland, OR 97208-3908
514810815      Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
               Des Moines, IA 50328-0001
514624167      Wells Fargo Bank, N.A.,    PO BOX 650828,    Dallas, TX 75265-0828
514865439     +Wells Fargo Bank, NA,    1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2017 23:44:21     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2017 23:44:18     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514624138     +E-mail/Text: legal@arsnational.com Jan 04 2017 23:44:07     ARS National Services, Inc.,
               PO Box 463023,    Escondido, CA 92046-3023
514624135     +E-mail/Text: roy.buchholz@allianceoneinc.com Jan 04 2017 23:43:33
               Alliance One Receiveables Management,    P.O. Box 3107,    Southeastern, PA 19398-3107
514654162     +E-mail/Text: ebn@squaretwofinancial.com Jan 04 2017 23:44:43     CACH, LLC,
               4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
514624140     +E-mail/Text: ebn@squaretwofinancial.com Jan 04 2017 23:44:43     Cach Llc/Square Two Financial,
               Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Jan 04, 2017
                              Form ID: 137               Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514781696        E-mail/PDF: rmscedi@recoverycorp.com Jan 04 2017 23:47:17      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
514633991        E-mail/Text: mrdiscen@discover.com Jan 04 2017 23:43:34        Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
514624148       +E-mail/Text: mrdiscen@discover.com Jan 04 2017 23:43:34        Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
514624152       +E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2017 23:41:34       GECRB/Gap,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
514624153        E-mail/Text: cio.bncmail@irs.gov Jan 04 2017 23:43:55          Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114
514854010        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2017 23:52:48
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
514800633        E-mail/Text: bnc-quantum@quantum3group.com Jan 04 2017 23:44:10
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
514914718        E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2017 23:41:34       Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
514624163        E-mail/Text: bnc@alltran.com Jan 04 2017 23:43:36              United Recovery Systems, LP,
                 P.O. Box 722929,    Houston, TX 77272-2929
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             CitiMortgage, Inc.,    Attn: Customer Research Team,    PO Box 10002,
                 Hagerstown, MD   21747-0002
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2016 at the address(es) listed below:
```
          Alexandra T. Garcia    on behalf of Loss Mitigation    Wells Fargo Bank, NA NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jessica M. Minneci    on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com
          Jessica M. Minneci    on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor George R. LaBrutto
           middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Joint Debtor Debbie D. Ragona
           middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
          Phillip B. Linder    on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com,
           nancy@linderlawyers.com
          Phillip B. Linder    on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com,
           nancy@linderlawyers.com
          R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Loss Mitigation    CitiMortgage, Inc. bankruptcy@feinsuch.com
                                                                                               TOTAL: 14
```