| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   GEORGE R. LABRUTTO<br>   DEBBIE D. RAGONA | Case No.:  14-14557 VFP<br><br>Hearing Date:  1/5/2017 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: January 6, 2017

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): GEORGE R. LABRUTTO
DEBBIE D. RAGONA

Case No.: 14-14557

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/05/2017 on notice to MELINDA MIDDLEBROOKS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 1/19/2017 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:
George R. LaBrutto
Debbie D. Ragona
    Debtors

Case No. 14-14557-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jan 06, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.
db/jdb        George R. LaBrutto,   Debbie D. Ragona,   276 Seaton Avenue,   Roselle Park, NJ  07204-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:
        Alexandra T. Garcia    on behalf of Loss Mitigation    Wells Fargo Bank, NA NJECFMAIL@mwc-law.com
        Alexandra T. Garcia    on behalf of Creditor    Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jessica M. Minneci    on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com
        Jessica M. Minneci    on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com
        Joseph M. Shapiro    on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com
        Joseph M. Shapiro    on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melinda D. Middlebrooks    on behalf of Joint Debtor Debbie D. Ragona
         middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
        Melinda D. Middlebrooks    on behalf of Debtor George R. LaBrutto
         middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
        Phillip B. Linder    on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com,
         nancy@linderlawyers.com
        Phillip B. Linder    on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com,
         nancy@linderlawyers.com
        R. A. Lebron    on behalf of Loss Mitigation    CitiMortgage, Inc. bankruptcy@feinsuch.com
        R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
                                                                                                                       TOTAL: 14