UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on June 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:
　GEORGE R. LABRUTTO
　DEBBIE D. RAGONA

Case No.:  14-14557 VFP

Hearing Date:  6/1/2017

Judge:  VINCENT F. PAPALIA

Debtor is Entitled To Discharge

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

DATED: June 7, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  GEORGE R. LABRUTTO
            DEBBIE D. RAGONA

Case No.:  14-14557 VFP

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 4/26/2017, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 4/1/2014, the Debtor shall pay the Standing Trustee

    the sum of $10,946.00 paid into date over 37 month(s), and then

    the sum of $337.00 for a period of 23 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor must sell property within 6 months of post confirmation date or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney. Any non-exempt proceeds from the sale shall be contributed to the plan for the benefit of unsecured creditors; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:
George R. LaBrutto
Debbie D. Ragona
    Debtors

Case No. 14-14557-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 07, 2017
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.
db/jdb         George R. LaBrutto,    Debbie D. Ragona,    276 Seaton Avenue,    Roselle Park, NJ   07204-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:
           Alexandra T. Garcia     on behalf of Loss Mitigation     Wells Fargo Bank, NA NJECFMAIL@mwc-law.com
           Alexandra T. Garcia     on behalf of Creditor     Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com
           Denise E. Carlon     on behalf of Creditor     MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Jessica M. Minneci     on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com
           Jessica M. Minneci     on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com
           Joseph M. Shapiro     on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com
           Joseph M. Shapiro     on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com
           Marie-Ann Greenberg     magecf@magtrustee.com
           Melinda D. Middlebrooks     on behalf of Joint Debtor Debbie D. Ragona
           middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
           Melinda D. Middlebrooks     on behalf of Debtor George R. LaBrutto
           middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
           Phillip B. Linder     on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com
           Phillip B. Linder     on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com
           R. A. Lebron     on behalf of Loss Mitigation     CitiMortgage, Inc. bankruptcy@feinsuch.com
           R. A. Lebron     on behalf of Creditor     CITIMORTGAGE, INC. bankruptcy@feinsuch.com
                                                                                                                                                                                          TOTAL: 14