Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14–14557–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George R. LaBrutto  
276 Seaton Avenue  
Roselle Park, NJ 07204–1537

Debbie D. Ragona  
276 Seaton Avenue  
Roselle Park, NJ 07204–1537

Social Security No.:
  xxx–xx–2977                              xxx–xx–0604

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:         October 5, 2017
Time:         11:00 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*235* – Creditor's Certification of Default (related document:191 Motion for Relief from Stay re: 276 Seaton Avenue, Roselle Park NJ 07204. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 193 Opposition filed by Debtor George R. LaBrutto, Joint Debtor Debbie D. Ragona, 196 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 10/3/2017. (Attachments: # 1 Exhibit A – Court Approved Stipulation # 2 Exhibit B – Signed Certification from client # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*236* – Certification in Opposition to Certification of Default filed by MidFirst Bank (related document:235 Creditor's Certification of Default (related document:191 Motion for Relief from Stay re: 276 Seaton Avenue, Roselle Park NJ 07204. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 193 Opposition filed by Debtor George R. LaBrutto, Joint Debtor Debbie D. Ragona, 196 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 10/3/2017. (Attachments: # 1 Exhibit A – Court Approved Stipulation # 2 Exhibit B – Signed Certification from client # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Angela Nascondiglio on behalf of George R. LaBrutto, Debbie D. Ragona. (Attachments: # 1 Certificate of Service) (Nascondiglio, Angela)

and transact such other business as may properly come before the meeting.

Dated: September 27, 2017
JAN: jf

Jeanne Naughton
Clerk