Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

         Case No.:  14−14557−VFP
         Chapter:  13
         Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   George R. LaBrutto                              Debbie D. Ragona
   276 Seaton Avenue                              276 Seaton Avenue
   Roselle Park, NJ 07204−1537              Roselle Park, NJ 07204−1537

Social Security No.:
   xxx−xx−2977                                       xxx−xx−0604

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:          October 5, 2017
Time:         11:00 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*235* − Creditor's Certification of Default (related document:191 Motion for Relief from Stay re: 276 Seaton Avenue, Roselle Park NJ 07204. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 193 Opposition filed by Debtor George R. LaBrutto, Joint Debtor Debbie D. Ragona, 196 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 10/3/2017. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Exhibit B − Signed Certification from client # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*236* − Certification in Opposition to Certification of Default filed by MidFirst Bank (related document:235 Creditor's Certification of Default (related document:191 Motion for Relief from Stay re: 276 Seaton Avenue, Roselle Park NJ 07204. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 193 Opposition filed by Debtor George R. LaBrutto, Joint Debtor Debbie D. Ragona, 196 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 10/3/2017. (Attachments: # 1 Exhibit A − Court Approved Stipulation # 2 Exhibit B − Signed Certification from client # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Angela Nascondiglio on behalf of George R. LaBrutto, Debbie D. Ragona. (Attachments: # 1 Certificate of Service) (Nascondiglio, Angela)

and transact such other business as may properly come before the meeting.

Dated: September 27, 2017
JAN: jf

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 14-14557-VFP
George R. LaBrutto                                                Chapter 13
Debbie D. Ragona
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 27, 2017
                        Form ID: 173    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.
db/jdb      George R. LaBrutto,  Debbie D. Ragona,  276 Seaton Avenue,  Roselle Park, NJ  07204-1537
lm          CitiMortgage, Inc.,  Attn: Customer Research Team,  PO Box 10002,
             Hagerstown, MD  21747-0002
r          +Rosa Agency Realtors,  540 North Avenue,  Union, NJ 07083-7148
lm          Wells Fargo Bank, NA,  PO Box 650828,  Dallas, TX  75265-0828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Loss Mitigation    Wells Fargo Bank, NA NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Debbie D. Ragona
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor George R. LaBrutto
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Phillip B. Linder    on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com
              Phillip B. Linder    on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com
              R. A. Lebron    on behalf of Loss Mitigation    CitiMortgage, Inc. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
                                                                                               TOTAL: 14