Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−14557−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

George R. LaBrutto
276 Seaton Avenue
Roselle Park, NJ 07204−1537

Debbie D. Ragona
276 Seaton Avenue
Roselle Park, NJ 07204−1537

Social Security No.:
 xxx−xx−2977

 xxx−xx−0604

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/16/17 at 11:00 AM

to consider and act upon the following:

*239* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/13/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*247* − Certification in Opposition to Certification of Default filed by Standing Chapter 13 Trustee (related document:239 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/13/2017. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Angela Nascondiglio on behalf of George R. LaBrutto, Debbie D. Ragona. (Attachments: # 1 Certificate of Service) (Nascondiglio, Angela)

Dated: 10/13/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court