Last revised: August 1, 2017

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | Case No.: _____14-14557-VFP_____ |
| GEORGE R. LABRUTTO and DEBBIE D. RAGONA, | Judge: _____Vincent F. Papalia_____ |
| Debtor(s) | |

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: November 15, 2017

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____/s/AN____    Initial Debtor: ____/s/GRL____    Initial Co-Debtor: ____/s/DDR____

The Debtors have paid $13,642.00 over forty-two (44) months, and;

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____270.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____December 1, 2017_____ for approximately _____16_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE  MSPC | ADMINISTRATIVE | BALANCE DUE: $2,000.00 plus any additional fees and costs awarded by the Court. |
| Internal Revenue Service (IRS) | Taxes (Priority) | $8,838.59 (POC #7-2) |
| State of New Jersey | Taxes (Priority) | $3,308.05 (POC #14-1) |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: |  |  |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| MidFirst/CitiMortgage (1st Mortgage) (POC #18)<br><br>Wells Fargo Bank, N.A. (2nd Mortgage) (POC #17)<br><br>Wells Fargo Bank, N.A. (3rd Mortgage) (POC #13) | 276 Seaton Avenue,<br>Roselle Park, NJ 07204-1537<br>(residence) | Unknown | Surrendered in full satisfaction of all claims |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| | | |

| **Part 5:    Unsecured Claims ☐ NONE** |
|---|

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☐ Not less than $ _____ to be distributed *pro rata*

   ☐ Not less than _____ percent

   ☒ *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

| **Part 6:    Executory Contracts and Unexpired Leases ☒ NONE** |
|---|

   (NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions ☒ NONE**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**    ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**    ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative / Legal Fees and Costs
3) Priority Unsecured Claims
4) Secured Claims
5) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:** Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: April 25, 2017 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To provide for surrender of the Debtors' real property. | Part 1(a) is being modified to reflect the new payment amount per filed amended schedules, as well as to reflect the time left under the Plan; Part 1(c) is being modified to no longer reflect sale of the Debtors' residence; Part 4(a) is being modified to no longer reflect curing of mortgage arrears; and Part 4(e) is being modified to reflect surrender of Debtors' real property in full satisfaction of any and all claims. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 11/15/2017            /s/Angela Nascondiglio
                            Attorney for the Debtor

Date: 11/15/2017            /s/George R. LaBrutto
                            Debtor

Date: 11/15/2017            /s/Debbie D. Ragona
                            Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 11/15/2017

/s/Angela Nascondiglio
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 11/15/2017

/s/George R. LaBrutto
Debtor

Date: 11/15/2017

/s/Debbie D. Ragona
Joint Debtor

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                             Case No. 14-14557-VFP
George R. LaBrutto                                                 Chapter 13
Debbie D. Ragona
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Nov 16, 2017
                              Form ID: pdf901              Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db/jdb         George R. LaBrutto,    Debbie D. Ragona,    276 Seaton Avenue,    Roselle Park, NJ 07204-1537
r             +Rosa Agency Realtors,    540 North Avenue,    Union, NJ 07083-7148
lm             Wells Fargo Bank, NA,    PO Box 650828,    Dallas, TX 75265-0828
514703888     +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514624136      American Express,    PO Box 1270,   Newark, NJ 07101-1270
514624137     +American Express,    Po Box 3001,   16 General Warren Blvd.,    Malvern, PA 19355-1245
514794679      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514624139    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro, NC 27410)
514624144    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
               Kansas City, MO 64195)
514624141     +Cach of NJ, LLC,    c/o Fein Such Kahn & Shepard,    7 Century Drive, Suite 201,
               Parsippany, NJ 07054-4609
514624142     +Capital One Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
514624143     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514624145      CitiMortgage, Inc.,    Attn: Customer Research Team,    PO Box 10002,    Hagerstown, MD 21747-0002
514869396      CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
514624146     +Client Services, Inc,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
514624147     +Comenity Bank/Dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
514653463     +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
514624149     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
514624150     +Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
514624151      GE Capital Retail Bank,    c/o Eichenbaum & Stylinou, LLC,    10 Forest Avenue, Suite 300,
               PO Box 914,    Paramus, NJ 07653-0914
514624154      Jacob Collection Group, LLC,    2623 West Oxford Loop,    Oxford, MS 38655-5442
514624155     +Lyons Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
               Mount Laurel, NJ 08054-7269
514624156     +Mauti Medical & Sports Medicine Assoc.,     c/o Glazer & Kamel,    1207 Grand Street, 3rd Floor,
               Elizabeth, NJ 07201-2328
516241949     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516241950     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118,    MidFirst Bank,
               999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
514624157      Monarch Recovery Management, Inc.,    PO Box 1+6119,    Philadelphia, PA 19114-0589
514822968    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
514624159     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514624160     +Security Credit Servic,    Po Box 1156,    Oxford, MS 38655-1156
514624161     +State of New Jersey,    Division of Taxation,    Revenue Processing Center,    PO Box 11,
               Trenton, NJ 08601-0011
514838942     +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
514624162     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
514624164    ++WELLS FARGO,    P O BOX 9210,    DES MOINES IA 50306-9210
              (address filed with court: Wells Fargo,    Po 10438,    MAC X2505-036,    Des Moines, IA 50306)
514701780     +WELLS FARGO BANK, N.A.,    PO BOX 10438,    MAC: X2505-036,    DES MOINES, IA 50306-0438
514624165     +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
514624166     +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
               Portland, OR 97208-3908
514810815      Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
               Des Moines, IA 50328-0001
514624167      Wells Fargo Bank, N.A.,    PO BOX 650828,    Dallas, TX 75265-0828
514865439     +Wells Fargo Bank, NA,    1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 22:40:51      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 22:40:49      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514624138     +E-mail/Text: legal@arsnational.com Nov 16 2017 22:40:39      ARS National Services, Inc.,
               PO Box 463023,    Escondido, CA 92046-3023
514624135     +E-mail/Text: roy.buchholz@allianceoneinc.com Nov 16 2017 22:40:18
               Alliance One Receiveables Management,    P.O. Box 3107,    Southeastern, PA 19398-3107
514624140      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2017 22:48:55      Cach Llc,
               PO Box 10587,    Greenville, SC 29603-0587
514781696      E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2017 22:43:19      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Nov 16, 2017
                              Form ID: pdf901          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514633991        E-mail/Text: mrdiscen@discover.com Nov 16 2017 22:40:19     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
514624148       +E-mail/Text: mrdiscen@discover.com Nov 16 2017 22:40:19     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
514624152       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 22:43:00      GECRB/Gap,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
514624153        E-mail/Text: cio.bncmail@irs.gov Nov 16 2017 22:40:27     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114
514624158       +E-mail/Text: Bankruptcies@nragroup.com Nov 16 2017 22:41:34     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
514854010        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 22:48:50
                 Portfolio Recovery Associates, LLC,     c/o Capital One,    POB 41067,    Norfolk VA 23541
514800633        E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2017 22:40:42
                 Quantum3 Group LLC as agent for,     Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
514914718        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 22:43:28      Synchrony Bank,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
514624163        E-mail/Text: bnc@alltran.com Nov 16 2017 22:40:20     United Recovery Systems, LP,
                 P.O. Box 722929,    Houston, TX 77272-2929
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              CitiMortgage, Inc.,    Attn: Customer Research Team,    PO Box 10002,
                 Hagerstown, MD 21747-0002
514654162*       CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Loss Mitigation    Wells Fargo Bank, NA NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com
              Jessica M. Minneci    on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor George R. LaBrutto
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Debbie D. Ragona
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Phillip B. Linder    on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com
              Phillip B. Linder    on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com
              R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Loss Mitigation    CitiMortgage, Inc. bankruptcy@feinsuch.com
                                                                                              TOTAL: 14
```