| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 28, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    GEORGE R. LABRUTTO<br>    DEBBIE D. RAGONA | Case No.:  14-14557 VFP<br><br>Hearing Date:  12/21/2017 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED:** December 28, 2017

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): GEORGE R. LABRUTTO
DEBBIE D. RAGONA

Case No.: 14-14557

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/21/2017 on notice to MELINDA MIDDLEBROOKS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $270.00 starting on 12/1/2017 for 1 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $382.00 starting on 1/1/2018 for the remaining 15 month(s).

United States Bankruptcy Court
District of New Jersey

In re:
George R. LaBrutto
Debbie D. Ragona
    Debtors

Case No. 14-14557-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 28, 2017
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
db/jdb         George R. LaBrutto,    Debbie D. Ragona,    276 Seaton Avenue,    Roselle Park, NJ   07204-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
       Alexandra T. Garcia     on behalf of Loss Mitigation    Wells Fargo Bank, NA NJECFMAIL@mwc-law.com
       Alexandra T. Garcia     on behalf of Creditor    Wells Fargo Bank N.A. NJECFMAIL@mwc-law.com
       Denise E. Carlon     on behalf of Creditor     MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Jessica M. Minneci     on behalf of Joint Debtor Debbie D. Ragona jminneci@middlebrooksshapiro.com
       Jessica M. Minneci     on behalf of Debtor George R. LaBrutto jminneci@middlebrooksshapiro.com
       Joseph M. Shapiro     on behalf of Joint Debtor Debbie D. Ragona jshapiro@middlebrooksshapiro.com
       Joseph M. Shapiro     on behalf of Debtor George R. LaBrutto jshapiro@middlebrooksshapiro.com
       Marie-Ann Greenberg     magecf@magtrustee.com
       Melinda D. Middlebrooks     on behalf of Joint Debtor Debbie D. Ragona middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
       Melinda D. Middlebrooks     on behalf of Debtor George R. LaBrutto middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
       Phillip B. Linder     on behalf of Debtor George R. LaBrutto pbl@linderlawyers.com
       Phillip B. Linder     on behalf of Joint Debtor Debbie D. Ragona pbl@linderlawyers.com
       R. A. Lebron     on behalf of Loss Mitigation     CitiMortgage, Inc. bankruptcy@feinsuch.com
       R. A. Lebron     on behalf of Creditor     CITIMORTGAGE, INC. bankruptcy@feinsuch.com
                                                                                          TOTAL: 14