UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Debtors,
George LaBrutto and Debbie Ragona

In Re:

GEORGE LABRUTTO and DEBBIE RAGONA,

Chapter 13 Debtors.

**Order Filed on March 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:      14-14557 (VFP)

Chapter:          13

Judge:      Vincent F. Papal

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 6, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____3,270.00_____ for services rendered and expenses in the amount of $_____28.03_____ for a total of $_____3,298.03_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

Debtors retained firm and paid $1,500.00 of a $3,500.00 retainer and expenses of $281.00, with the balance of the retainer to be paid through the Chapter 13 plan. Firm seeks payment of supplemental fees and expenses in the total sum of $3,298.03, consisting of $3,270.00 in supplemental fees and reimbursement of expenses in the sum of $28.03 to be paid outside the Chapter 13 plan. This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*