Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 14−14557−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| George R. LaBrutto | Debbie D. Ragona |
| 276 Seaton Avenue | 276 Seaton Avenue |
| Roselle Park, NJ 07204−1537 | Roselle Park, NJ 07204−1537 |

Social Security No.:
  xxx−xx−2977                            xxx−xx−0604

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/18 at 11:00 AM

to consider and act upon the following:

*271* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/8/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*274* − Certification in Opposition to Certification of Default filed by Standing Chapter 13 Trustee (related document:271 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/8/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Jessica M. Minneci on behalf of George R. LaBrutto, Debbie D. Ragona. (Attachments: # 1 Certificate of Service) (Minneci, Jessica)

Dated: 10/10/18

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court